UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RON SEABORN,

                Plaintiff,                        **ORDER**

    -against-                                  23-cv-9397 (NSR) (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Certificate of Service included in Defendant's motion papers, *see* ECF No. 7 at 14, neither provides the date of service nor states whether the Notices to *Pro Se* Litigants required by Local Civil Rules 12.1 and 56.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York were served on Plaintiff. Accordingly, Defendant is hereby ordered either to refile the Certificate of Service with this information included, or to serve the required Notices to *Pro Se* Litigants on Plaintiff and file a new Certificate of Service with all of the necessary information.

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *Pro Se* Plaintiff.

Dated: May 2, 2024
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge