UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RON SEABORN,

                Plaintiff,                      **ORDER**

   -against-                           23-cv-9397 (NSR) (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In response to the Court's order, ECF No. 9, Defendant refiled his Certificate of Service, noting that Plaintiff had been served on January 19, 2024 with all of Defendant's motion papers, including the required Notices to *Pro Se* Litigants, ECF No. 10.  The Court *sua sponte* grants Plaintiff an extension of time until **June 7, 2024**, to serve and file his papers in opposition to the motion.  Defendant's reply papers, if any, are to be served and filed by **June 21, 2024**.

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *Pro Se* Plaintiff.

Dated: May 7, 2024
       White Plains, New York

                                      **SO ORDERED.**

                                     _____
                                     ANDREW E. KRAUSE
                                   United States Magistrate Judge