**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RON SEABORN,

                Plaintiff,                              23 **CIVIL** 9397 (NSR)(AEK)

      -against-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, the Court has adopted MJ Krause's R & R in its entirety. Defendant's motion for summary judgment is GRANTED without opposition or objection. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York
          August 28, 2024

                                                                 **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                              **BY:**      *K. Mango*

                                                        **Deputy Clerk**